**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PEOPLE FOR THE ETHICAL**
**TREATMENT OF ANIMALS,**
**INC.,**

    **Plaintiff,**

v.                                                             **Case No.: 8:16-cv-2899-T-23AAS**

**DADE CITY'S WILD THINGS,**
**INC., STEARNS ZOOLOGICAL**
**RESCUE & REHAB CENTER, INC.**
**D/B/A DADE CITY'S WILD**
**THINGS, KATHRYN P. STEARNS,**
**AND RANDALL E. STEARNS,**

    **Defendants.**
_____/

## **ORDER**

This matter is before the Court on Plaintiff's Emergency Motion for Preservation Order and Order to Show Cause Why Joseph Maldonado, Jeffrey Lowe, and the Greater Wynnewood Exotic Animal Park Should Not be Held in Contempt (Doc. 95).

Accordingly, after due consideration, it is **ORDERED:**

(1) Plaintiff shall personally serve, by process server, a copy of its Motion (Doc. 95) and this Order on non-parties Joseph Maldonado, Jeffrey Lowe, and the Greater Wynnewood Exotic Animal Park, and file a notice of compliance and updated certificate of service no later than **September 8, 2017**. Non-parties Joseph Maldonado, Jeffrey Lowe, and the Greater Wynnewood Exotic Animal Park shall file responses to the Motion no later than **September 29, 2017**.

(2)     Consistent with this Court's prior Order (Doc. 69), non-parties Joseph Maldonado, Jeffrey Lowe, and the Greater Wynnewood Exotic Animal Park shall not transfer, transport, relocate, or in any way harm the tigers at issue in this litigation absent further order of the Court.

**DONE AND ORDERED** in Tampa, Florida on this 31st day of August, 2017.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge