UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

    Plaintiff,

v.                                                     Case No.: 8:16-cv-2899-T-36AAS

DADE CITY'S WILD THINGS, INC.,
STEARNS ZOOLOGICAL RESCUE &
REHAB CENTER, INC. D/B/A DADE
CITY'S WILD THINGS, KATHRYN P.
STEARNS, AND RANDALL E. STEARNS,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff People for the Ethical Treatment of Animals, Inc. ("PETA") and Greater Wynnewood Exotic Animal Park, Jeffrey Lowe and Joseph Maldonado's (collectively "Wynnewood") Joint Motion to Permit Transfer of Tigers (Doc. 148). PETA and Wynnewood request an order allowing the tigers received by Wynnewood from Dade City's Wild Things, Inc., Stearns Zoological Rescue & Rehab Center, Inc. d/b/a Dade City's Wild Things, Kathryn P. Stearns, Kenneth Stearns and Randall E. Stearns (collectively "DCWT") to be transferred to The Wild Animal Sanctuary on November 11, 2017, or as soon thereafter. While the Court recognizes that Wynnewood and DCWT are represented by the same counsel, DCWT has not joined in the motion and the motion is silent as to whether DCWT consents to the requested tiger transfer. Thus, the granting of the motion is conditioned on DCWT filing a notice stating that they do not object to the requested transfer.

Upon consideration, it is **ORDERED** that the parties' Joint Motion to Permit Transfer of

1

Tigers (Doc. 148) is **GRANTED** subject to DCWT filing a notice that they do not object to the requested relief.

**DONE AND ORDERED** in Tampa, Florida on this 9th day of November, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge