UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

    Plaintiff,

v.                                             Case No.: 8:16-cv-2899-T-36AAS

DADE CITY'S WILD THINGS, INC.,
STEARNS ZOOLOGICAL RESCUE &
REHAB CENTER, INC. D/B/A DADE
CITY'S WILD THINGS, KATHRYN P.
STEARNS, AND RANDALL E. STEARNS,

    Defendants.
_____/

## ORDER

    This matter comes before the Court on Plaintiff's Motion to Compel (Doc. 119), and Defendants' response thereto (Doc. 146).

    On October 11, 2017, Plaintiff filed the instant Motion to Compel, asserting that Defendants had not responded to its First or Second Set of Requests for Production. (Doc. 119). On November 3, 2017, Defendants filed a Response to Plaintiff's Motion to Compel, seeking an additional seven days to provide the outstanding discovery responses. (Doc. 146). No objections to the discovery requests were raised. (*Id.*). On November 15, 2017, the Court entered an Order directing Plaintiff to file a notice as to the status of the motion to compel and what, if any, issues raised in the motion remaining pending. (Doc. 155). Later that same day, Plaintiff filed a notice advising the Court that Defendants' discovery responses have not been provided. (Doc. 158).

    Accordingly, after due consideration, it is **ORDERED** that Plaintiff's Motion to Compel (Doc. 138) is **GRANTED**. Defendants shall provide Plaintiff with proper responses to Plaintiff's

1

First and Second Set of Requests for Production, no later than **December 8, 2017**. However, the Court concludes that an award of attorneys' fees and costs is not appropriate at this time. *See* Fed. R. Civ. P. 37(a)(5)(A)(iii).

**DONE AND ORDERED** in Tampa, Florida on this 16th day of November, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge