# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

    **Plaintiff,**

v.                                                     **Case No.: 8:16-cv-2899-T-36AAS**

DADE CITY'S WILD THINGS, INC.,
STEARNS ZOOLOGICAL RESCUE &
REHAB CENTER, INC. D/B/A DADE
CITY'S WILD THINGS, KATHRYN P.
STEARNS, AND RANDALL E. STEARNS,

    **Defendants.**

_____/

## ORDER

    United States District Judge Charlene Edwards Honeywell granted People for the Ethical Treatment of Animal's ("PETA") motion to file a second amended complaint, and remanded the undersigned's report and recommendation for further consideration, upon the filing of PETA's second amended complaint. (Doc. 254). The next day, PETA filed its second amended complaint. (Doc. 256). Accordingly, it is **ORDERED** that no later than **July 9, 2018**, the parties shall submit separate memoranda, of no more than fifteen pages, addressing what impact PETA's second amended complaint has on the findings and conclusions in the report and recommendation (Doc. 230).

    **ORDERED** in Tampa, Florida on this 8th day of June, 2018.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1